# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT SALDANA, | NO. CV 08-2210-DMG (MAN) |
|     Petitioner, | |
|     v. | JUDGMENT |
| BILL LOCKYER, | |
|     Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: May 30, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE